# DEKALB COUNTY SHERIFF'S OFFICE — ARREST / INCIDENT REPORT

**ORI:** GA0440000
**CASE NUMBER:** 22SO11-003901

**INCIDENT TYPE:** WARRANT ARREST
**CTS:** 1
**PREMISE TYPE:**

**INCIDENT LOCATION:**
**INCIDENT DATE / TIME / TO / DATE / TIME:**
**STRANGER TO STRANGER:**
**WEAPON TYPE:**

**COMPLAINANT:**
**ADDRESS:**
**PHONE NUMBER:**

**VICTIM'S NAME:**
**RACE / SEX / AGE / RESIDENCE PHONE:**
**VICTIM'S ADDRESS:**
**BUSINESS PHONE:**

**WITNESS NAME & ADDRESS:** / **PHONE NUMBER:**
**WITNESS NAME & ADDRESS:** / **PHONE NUMBER:**

**ARREST DATE:** 11/25/2022
**ARREST TIME:** 4:40 PM
**LOCATION OF ARREST:** DEKALB COUNTY JAIL

**NAME OF PERSON ARRESTED (LAST, FIRST, MIDDLE):** REID, RANDAL Q
**ALIAS OR NICKNAME:** Reid, Randal Quran

**ADDRESS OF SUBJECT:** 1724 CARISSA DR
**CITY/STATE/ZIP:** CONYERS, GA, 30094

**PHONE NUMBER:** [redacted]
**SOCIAL SECURITY NUMBER:** [redacted]
**DRIVER'S LICENSE INFORMATION:** [redacted]
**STATE:** GA
**EXPIRES:**

**AGE:** 28
**RACE:** Black
**SEX:** Male
**EYES:** Brown
**HAIR:** Black
**HEIGHT:** 5-10
**WEIGHT:** 160
**DATE OF BIRTH:** [redacted]
**PLACE OF BIRTH:** GA

**OCCUPATION/EMPLOYER:**
**WORK ADDRESS:**
**WORK PHONE NUMBER:**
**ARRESTING OFFICER:** CHANG
**CURRENT DATE:** 11/30/2022

**WARRANT NUMBER:** 22W018886
**F/M:** F
**DATE OF OFFENSE:** 11/25/2022
**CHARGES:** FUGITIVE FROM JUSTICE / LARCENY/LOUISIANA
**CTS:** 1
**BOND:** NONE

**IMPOUND / TAG NUMBER / STATE / YEAR / VIN:**
**YEAR / MAKE / MODEL / STYLE / COLOR:**

**NARRATIVE:** Subject was arrested on DeKalb County Warrant 22W018886, issued by Judge TAYLOR charging Fugitive from Justice from LOUISIANA. On NOV 29, 2022, the fugitive was taken before a DeKalb County Magistrate Judge where he signed a waiver Of extradition agreeing to return to said state. Subject is ready for pick-up and the demanding state has been contacted.

**REPORTING OFFICER:** CHANG
**NUMBER:** 2848
**APPROVING OFFICER:**
**NUMBER:**



PLAINTIFF'S EXHIBIT 5