**CRIMINAL ARREST WARRANT**

| | |
|---|---|
| **GEORGIA, DEKALB COUNTY** | **WARRANT NO.** 22W018886 |
| **STATE OF GEORGIA** | **CASE NO.** 22so11-003901 |
| **v.** | |

**RANDAL Q REID**

1724 CARISSA DR
CONYERS, GA, 30094

Race:B, Sex: Male, Height:5'10', Weight:160, Hair:BLK (Black), Eyes:BRO (Brown)
Custody: Yes Location: County Jail

Prosecutor: A. I. Chang
4415 Memorial Drive
Decatur,GA,30032
Phone No: 404-298-8400
BadgeNo:2848 Agency:DeKalb County Sherif
Witness:

## AFFIDAVIT

Personally appeared the undersigned prosecutor, A. I. Chang who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between **11/25/2022 12:00:00AM** and **11/25/2022 12:00:00AM** at **4425 MEMORIAL DR, DECATUR, GA, 30032**, **DEKALB**, COUNTY did commit the offense of **FUGITIVE FROM JUSTICE ( Felony )** in violation of O.C.G.A. **17-13-33** and against State of GEORGIA and the laws of the State of GEORGIA. The facts this affidavit for arrest is based on are:Said accused has been located within the boundries of DEKALB County, GA and is wanted for the charge of LARCENY, State of LOUISANA Warran Number F2185022, the state of LOUISIANA has advised per Teletype, the agency will extradite O.C.G.A. 17-13-35 specifies detention of 30 days from date of arrest unless extended by operation of law. Said 30 days will run through 12/25/2025 Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.
Sworn to and subscribed before me this **11/28/2022 10:55:12 AM**

_signature_

Judge: **A Taylor**
Magistrate Court of DEKALB COUNTY

_signature_

**11/28/2022 10:54:58 AM**
Prosecutor:A. I. Chang
Agency: DeKalb County Sheriff
Badge:2848

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to an Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This **11/28/2022 10:55:12 AM**



_signature_

Judge: **A Taylor**
Magistrate Court of DEKALB COUNTY

## ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, **RANDAL Q REID**, be and is hereby granted bail to be made with sufficient sure as approved by the Sheriff of DEKALB COUNTY in the amount of **OTHER-JUDGE SETS**, to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court State Court of DEKALB COUNTY.

SPECIAL CONDITION OF BOND ☐