11/27/2022 14:07    504-227-1308            JPSO NCIC                              PAGE 01/02



# Jefferson Parish Sheriff's Office

# EXTRADITION / FUGITIVE SECTION

DATE: 11/27/2022

TO: DEKALB COUNTY SHERIFF OFFICE
ATT:
FROM: TECH. C. DOUSE-CROCKENS OR DETECTIVE S. KILLETT, EXTRADITION OFFICER

NUMBER OF PAGES    TOTAL 2

TELECOPY PHONE NUMBER 504-376-2580

IF YOU HAVE ANY PROBLEMS RECEIVING, PLEASE CALL 504-349-5663

REF: REID, RANDAL B/M
PLEASE PLACE A HOLD ON THIS SUBJECT

SUBJECT IS WANTED FOR THE FOLLOWING CRIME:
CASE:      F-21850-22
CHARGE:    RS14:71.1          (10 COUNTS) BANK FRAUD
CHARGE:    RS14:67.16C(1-3)   (10 COUNTS) IDENTITY THEFT
CHARGE:    RS14:67B2                       THEFT $5000. BUT LESS THAN 25K
ISSUED:    07/18/2022
JUDGE:     PAUL SCHNEIDER

BOND:      ****NO BOND*** DO NOT RELEASE *** HOLD FOR JEFFERSON PARISH*****

PLEASE PLACE A HOLD ON THE ABOVE SUBJECT FOR THIS DEPARTMENT, WE WILL EXTRADITE ON THIS MATTER. ADVISE WHEN SUBJECT SIGNS A WAIVER OF EXTRADITION OR IF HE REFUSES, WE WILL PROCEED TO GET A GOVERNORS WARRANT.

CONTACT PERSON: TECH. C. DOUSE-CROCKENS OR DETECTIVE. S.KILLETT
                EXTRADITION OFFICER
                910 3RD STREET, 3RD FLOOR
                GRETNA, LA 70053

PHONE: 504-349-5663              TELETYPE   LA0260000
FAX:   504-227-1308

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION CONTAIN INFORMATION, WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENTS SHOULD BE RETURNED TO THIS OFFICE IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

Jefferson Parish Sheriff's Office - 1233 Westbank Expressway - Harvey, LA 70058

Revised: 9/7/17



PLAINTIFF'S EXHIBIT 7