**MAGISTRATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

STATE OF **GEORGIA**

WARRANT NO: **22W018886**

**RANDAL Q REID**
_____
DEFENDANT

## WAIVER OF EXTRADITION

I **RANDAL Q REID**, being present before The Honorable **C Jason**, Judge of the Magistrate Court of the **DEKALB** County, in the custody of the Sheriff of **DEKALB** County, **GEORGIA** and after having been first duly informed and advised by the said Judge of my right under the laws of the State of **GEORGIA** to demand and procure legal counsel; and having also been informed of the demand made for my surrender to an agent of the State of **LOUISIANA**; and having being informed that I am charged in said state with the Offense of **LARCENY**; and having been informed of my right to petition for a writ of habeas corpus; and having been informed to my right to require the issuance and service of an executive warrant of extradition upon me before I may be require to return to the State of **LOUISIANA** to answer to said charge alleged to have been committed by me in said state on **July 18, 2022 (Date of Warrant)**.

Do hereby freely and voluntarily consent to return to said state to answer said charge; and I further freely and voluntarily waive any and all extradition proceedings, and all formalities there of, in connection with my said return.

Dated This, the 29 day of November, 2022, at 09:42:08

_____
**RANDAL Q REID**

The above Waiver of extradition proceedings and other rights was freely and voluntarily executed and subscribed before me by the above-named Defendant after I had fully informed him/her of the demand made for his/her surrender to the agent of the demanding state, and after I had fully informed him/her of the other rights which he/she freely and voluntarily waived.

It is HEREBY ORDERED that the Sheriff of **DEKALB** County, **GEORGIA**, forthwith deliver said Defendant to the duly accredited agent or agents of the demanding State for the purpose of returning him/her to said

Done in the **DEKALB** County, **GEORGIA**, This 29 day of November, 2022, at 09:42:00 AM

_____
**C Jason**, Magistrate Court DEKALB County



PLAINTIFF'S EXHIBIT 8