

**DEKALB COUNTY SHERIFF'S OFFICE**
**FUGITIVE / DOMESTIC / S.O.R.T UNITS**
4415 Memorial Drive
Decatur, Georgia 30032
OFFICE 404-298-8200
FAX 404-298-8048
ORI: GA0440000

# FACSIMILE MESSAGE

## MELODY MADDOX, SHERIFF

| | |
|---|---|
| **TO:** | JEFFERSON PARISH Sheriff's Office ATTN: EXTRADITION |
| **REF:** | REID, RANDAL /    D.O.B.: |

**NUMBER TO WHICH THIS FAX IS BEING SENT:**  504-227-1308

**NUMBER OF PAGES (INCLUDING THIS PAGE):**  **DATE:** 11/30/2022

**CONFIDENTIALITY WARNING:**
The information contained in, or attached to, this fax message is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or duplication of this message is strictly prohibited. Any applicable criminal and or civil sanctions may be applied against any party who fails to heed to this provision. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

**MESSAGE:**

**REID, RANDAL** INMATE # XX0447302 HAS SIGNED A WAVIER OF EXTRADITION ON 11/29/2022 AGREEING TO RETURN TO LOUISIANA. SUBJECT IS READY TO BE TRANSPORTED. PLEASE PICK THIS SUBJECT NO LATER THAN _12/16/2022_.

FOR TRANSPORT OF THIS INMATE, PLEASE CONTACT THE *DEKALB COUNTY JAIL RELEASE UNIT* AT (404) 298-8195 (THIS IS A 24-HOUR NUMBER).

**PICK UP LOCATION:**
DEKALB COUNTY SHERIFF'S OFFICE
4425 MEMORIAL DRIVE
DECATUR, GA 30032

**MEDICAL RECORDS:**
(404) 298-8531
(404) 298-8596 FAX

**NOTE: PLEASE CONTACT THE ABOVE NUMBER 24-HOURS IN ADVANCE TO HAVE THE PRISONER PREPARED FOR TRANSPORT.**

FAX SENT BY: INV. A. CHANG / EXTRADITIONS (404)298-8304, FAX # (404) 298-8048
***PLEASE ACKNOWLEDGE RECEIPT OF FAX. THANK YOU***

*Investigator A. Chang #2848*
*DeKalb County Sheriff's Office*
*Fugitive / Extradition Unit*
*Office: (404) 298-8200*
*Desk:   (404) 298-8304*
*FAX:   (404) 298-8048*
*e-mail: achang@dekalbcountyga.gov*


PLAINTIFF'S EXHIBIT 9