Ver 3.0                                                          Printed by: RUSSO_DJ   12/07/2022 07:37   Page 1 of 6

| JPSO CRIME REPORT ADM SEC | Signal | Rep Area | Item # | Report Type | Date | Time |
|---|---|---|---|---|---|---|
| ORI LA0260000 | 67 | 1313 | F-21850-22 | S | 20-JUL-2022 | 1600 |

| Day of Wk. | Begin Date | Begin Time | End Date | End Time | Location of Offense |
|---|---|---|---|---|---|
| WED | 22-JUN-2022 | 0430 | 30-JUN-2022 | 1600 | 2019 METAIRIE RD METAIRIE 70003 |

| Reporting Officer | Responding Detective | Supervisor | |
|---|---|---|---|
| **ANDREW BARTHOLOMEW** | | | |
| PR: **116737**  Radio:: **JP779** | PR: Notified: | Radio: | PR: Notified: | Radio: |
| Arrived: **201630** | Arrived: | | Arrived: |
| Completed: **201700** | | | |

F-21850-22    UCR

### REPORTING PERSON

Name: **PAMELA BALDASSARO**                              Race: **WHITE**          Sex: **FEMALE**

DOB: **14-JUN-1954**    Age: **68**                      Employer/School: **BUSINESS OWNER/SECOND ACT**

Address: **231 W DAVID PW**                              Address: **2019 METAIRIE RD**

City/St/Zip: **METAIRIE, LA 70005**                      City/St/Zip: **METAIRIE, LA 70003**

Phone: **(504) 621-1924**                                Phone: **(504) 621-1924**

Identify Suspect?          Voluntary Statement?

### VICTIM

Victim Sequence Number: **1**     Type: **BUSINESS**                  For Insurance Purposes?

Name: **SECOND ACT**

Address: **2019 METAIRIE RD**

City/St/Zip: **METAIRIE, LA 70003**

Phone: **(504) 621-1924**

### OFFENSE

**Offense Sequence Number: 1**   Victim: **1**   Suspect: **1**   Suspected HT? **N**
R.S. Number: **RS14:67B(2)**              Title: **THEFT $5000-$24999**
Attempted/Completed: **COMPLETED**        Location Type: **SPECIALTY STORE**           Number of Premises:
Criminal Activity 1: **OTHER**                           Weapon/Force Type 1: **NONE**

**Offense Sequence Number: 2**   Victim: **1**   Suspect: **2**   Suspected HT? **N**
R.S. Number: **RS14:67B(2)**              Title: **THEFT $5000-$24999**
Attempted/Completed: **COMPLETED**        Location Type: **SPECIALTY STORE**           Number of Premises:
Criminal Activity 1: **OTHER**                           Weapon/Force Type 1: **NONE**

**Offense Sequence Number: 3**   Victim: **1**   Suspect: **3**   Suspected HT? **N**
R.S. Number: **RS14:67B(2)**              Title: **THEFT $5000-$24999**
Attempted/Completed: **COMPLETED**        Location Type: **SPECIALTY STORE**           Number of Premises:
Criminal Activity 1: **OTHER**                           Weapon/Force Type 1: **NONE**

**Offense Sequence Number: 4**   Victim: **1**   Suspect: **4**   Suspected HT? **N**
R.S. Number: **RS14:67B(2)**              Title: **THEFT $5000-$24999**
Attempted/Completed: **COMPLETED**        Location Type: **SPECIALTY STORE**           Number of Premises:
Criminal Activity 1: **OTHER**                           Weapon/Force Type 1: **NONE**

### SUSPECT

Suspect Sequence Number: **1**

**PLAINTIFF'S EXHIBIT 10**

Ver 3.0

Printed by: RUSSO_DJ    12/07/2022 07:37    Page 2 of 6

Name: **ASHTON JOHNSON**    Race: **BLACK**    Sex: **MALE**
DOB: **22-FEB-1999**    Age From: **23**    To: **25**    Ethnicity: **NON-HISPANIC**    Resident?
Height From: **509**    To:    Weight From: **124**    To: **150**    Eye Color: **BROWN**
Hair Color: **BLACK**    Hair Length: **BRAIDED**
Address: **4419 WERNER DR**    City/St/Zip: **NEW ORLEANS, LA 70126**
Alcohol Consumed?    Computer Used?    Drugs Used?    Gaming Motive?    Gang Related:
Armed:    Hate/Bias: **NONE**
Can be Identified by Witness:
Identifiable Features: **WHITE T-SHIRT, BLUE JEANS**
Location:
Arrest Type: **NONE**    Voluntary Statement?    Local Check? **YES**    State Check? **YES**    NCIC Check? **YES**
Suspect Injury Codes: **NONE**

F-21850-22

Suspect Sequence Number: **2**
Name: **RANDAL REID**    Race: **BLACK**    Sex: **MALE**
DOB: **09-FEB-1994**    Age From: **28**    To: **30**    Ethnicity: **NON-HISPANIC**    Resident?
Height From: **510**    To:    Weight From: **165**    To:    Eye Color: **BROWN**
Hair Color: **BLACK**    Hair Length: **CREW CUT**
Address: **5094 PANOLA MILL DR**    City/St/Zip: **LITHONIA, GA 30038**
Alcohol Consumed?    Computer Used?    Drugs Used?    Gaming Motive?    Gang Related:
Armed:    Hate/Bias: **NONE**
Can be Identified by Witness:
Identifiable Features: **WHITE T-SHIRT, BLUE JEANS AND FANNY PACK**
Location:
Arrest Type: **NONE**    Voluntary Statement?    Local Check? **YES**    State Check? **YES**    NCIC Check? **YES**
Suspect Injury Codes: **NONE**

Suspect Sequence Number: **3**
Name: **ARMANDO WILLIAMS**    Race: **BLACK**    Sex: **MALE**
DOB: **23-MAR-2001**    Age From: **21**    To: **25**    Ethnicity: **NON-HISPANIC**    Resident?
Height From: **510**    To:    Weight From: **130**    To:    Eye Color: **BROWN**
Hair Color: **BLACK**    Hair Length: **AFRO**
Address: **3339 BRUXELLES ST**    City/St/Zip: **NEW ORLEANS, LA 70122**
Alcohol Consumed?    Computer Used?    Drugs Used?    Gaming Motive?    Gang Related:
Armed:    Hate/Bias: **NONE**
Can be Identified by Witness:
Identifiable Features: **DARK BLUE HAT, BLUE SHIRT WITH DESIGN, BLUE JEANS, YELLOW SH**
Location:
Arrest Type: **NONE**    Voluntary Statement?    Local Check? **YES**    State Check? **YES**    NCIC Check? **YES**
Suspect Injury Codes: **NONE**

Suspect Sequence Number: **4**
Name: **UNK UNK**    Race: **BLACK**    Sex: **MALE**
DOB:    Age From:    To:    Ethnicity:

**NON-HISPANIC**   Resident?

| | | | | Eye Color: **BROWN** | |
|---|---|---|---|---|---|
| Height From: | To: | Weight From: | To: | | |
| Hair Color: **BLACK** | | Hair Length: **BRAIDED** | | | |

Address:   City/St/Zip:

Alcohol Consumed?   Computer Used?   Drugs Used?   Gaming Motive?   Gang Related:

Armed:   Hate/Bias: **NONE**

Can be Identified by Witness:

Identifiable Features: **BLACK SHIRT, DARK PANTS, MULTI COLOR SHOES**

Location:

Arrest Type: **NONE**   Voluntary Statement?   Local Check?   State Check?   NCIC Check?

Suspect Injury Codes: **NONE**

F-21850-22

## WITNESS
None

## PROPERTY

Property Owner or Property rcvd from:   **VICTIM 1**   Desc. Code: **19** -- **MERCHANDISE**
Loss Type: **7** -- **STOLEN**   Quantity: **1**   Value: **$5,242**   Insured:
Owner-applied Number: **001**   Make: **CHANEL**
Model:   Serial Number:
Description: **BLACK CHANEL PURSE**   Date Recovered:

Property Owner or Property rcvd from:   **VICTIM 1**   Desc. Code: **19** -- **MERCHANDISE**
Loss Type: **7** -- **STOLEN**   Quantity: **1**   Value: **$4,586**   Insured:
Owner-applied Number: **001**   Make: **CHANEL**
Model:   Serial Number:
Description: **RED CHANEL PURSE**   Date Recovered:

Property Owner or Property rcvd from:   **VICTIM 1**   Desc. Code: **19** -- **MERCHANDISE**
Loss Type: **7** -- **STOLEN**   Quantity: **1**   Value: **$3,058**   Insured:
Owner-applied Number: **001**   Make: **LOUIS VUITTON**
Model:   Serial Number:
Description: **BROWN LOUIS VUITTO**   Date Recovered:

## VEHICLE
None

## CRIME SCENE
None

## INVESTIGATION

## INSURANCE
None

## APPROVAL

Sergeant Viewed   Lieutenant Viewed   Dist. Cmdr. Viewed
User ID: **JPSO_110551**
Date/Time: **22-JUL-2022 12:32**

User ID: **JPSO_110551**   Date/Time: **22-JUL-2022 12:32**

## FINAL APPROVAL

| | | | |
|---|---|---|---|
| Crime Prevention Officer Required? | Issued Complaint Slip? | 911 Notified? | Warrant? |
| Parade Related? | Crime Scene Required? | Report Status: | **COMPLETED** |
| Exceptional Clearance: | Date: | | |
| District Follow Up? | | | |
| Bureau Follow Up? | | | |

F-21850-22

## NARRATIVE

Time Stamp: **07/20/2022 11:29**         Written By: **ANDREW BARTHOLOMEW**

On July 6, 2022, Detective Bartholomew of the Criminal Investigations Bureau- Economic Crimes Section, was assigned the follow-up investigation of a theft.

On June 30, 2022, the victim and storeowner of Second Act consignment store, Pamela Baldassaro, reported that on June 22, 2022 at approximately 1630 hours, two unknown black males entered her store and purchased a black Chanel purse for $5,241.60 and a brown Louis Vuitton purse for $3,057.60. These items were purchased with a MasterCard ending in 6002. Upon viewing the video, the Deputy observed one heavy set black male, clad in a white t-shirt and blue jeans with a fanny pack on his shoulder. The second black male was thin, with braided hair, facial hair, clad in a white t-shirt and blue jeans. The heavyset black male attempted to enter the credit card number into the machine. After several attempts, the transaction was granted, purchasing the black Chanel purse and brown Louis Vuitton purse.

Baldassaro then advised that on June 23, 2022 at approximately 1650 hours, a different pair of two unknown black males entered her store and purchased a red Chanel purse for $4,586.40. This item was also purchased with a MasterCard ending in 6002. Upon viewing the video, the Deputy observed one black male was thin, wearing a blue hat, blue shirt with a design, blue jeans and yellow shoes. The second was medium build black male, with braided hair, clad in a black shirt with dark writing, dark colored sweat pants with bright writing and blue colored shoes. The thin black male in the blue hat, is observed looking at his phone while writing on a small piece of paper for the employee. This suspect conducted one transaction that was approved for a total of $4,586.40.

Baldassaro stated on June 30, 2022, she was contacted by Hancock-Whitney Bank, and was advised that the charges were disputed by the owner of the MasterCard and reimbursement would not be issued. Pamela was able to confirm the two purchases on June 22 and June 23 were made using the same credit card information.

Baldassaro advised that she attempted to file for reimbursement through their merchant service, First Data, and was advised they would not provide reimbursement since the customer entered the card information manually.

Baldassaro was not working the two days the incidents occurred, but spoke with her employees in regards to what happened. Baldassaro's employee advised on June 22, 2022, the suspect stated he was going to pay via Apple Pay, but after "attempting," he stated, "I'll just put the numbers in." The suspect attempted eight transactions, which were declined, and then two transactions that were approved. One for $5,241.60 and one for $3,057.60, totaling $8,299.20.

Detective Jody Kaough was notified of the incident while assigned evening duty, and responded to the scene where he obtained a USB copy of video surveillance, and copies of each receipt for all declined transactions and confirmed transactions. Detective Kaough forwarded the information and evidence to Detective Bartholomew.

Detective Bartholomew reviewed the surveillance video and was able to utilize still photographs from the video to identify three of the four suspects.

Detective Bartholomew was advised by a credible source that the two males from the surveillance video on June 22, 2022, were Randal Reid (heavyset black male) and Ashton Johnson (thin black male with braids). Detective Bartholomew conducted a search of both names, which resulted in the following: A DMV photograph of a Randal Quran Reid (B/M, DOB: 02/09/1994), which appeared to match the description of the suspect from the surveillance video. The search for Ashton Johnson resulted in a DMV photograph of an Ashton Malik Johnson (B/M, DOB: 02/22/1999), which appeared to match the description of the suspect from the surveillance video, and is a wanted subject out of New Orleans.

In reference to the suspects on June 23, 2022, Detective Bartholomew was advised by a credible source that the male clad in a hat, blue shirt with a design, and yellow shoes from the surveillance video was Armando Williams. Detective Bartholomew conducted a search of Armando Williams, which resulted in a DMV Photograph of Armando Jacob Williams (B/M, DOB: 03/23/2001) which appeared to match the description of the suspect from the surveillance video.

On July 18, 2022, Detective Bartholomew authored arrest warrants for Randal Quran Reid (B/M, DOB: 02/09/1994), and Ashton Malik Johnson (B/M, DOB: 02/22/1999). Detective Bartholomew charged them each with ten counts of RS14:71.1 Bank Fraud, ten counts of RS14:67.16 C(1) Identity Theft $1000 or more, and one

count of RS14:67 B(2) Theft $5000-24999. Detective Bartholomew forwarded this warrant and its supporting affidavit to the Honorable Commissioner Paul Schneider of the 24th Judicial District Court via the CloudGavel computer program. Commissioner Schneider endorsed this warrant with his digital signature thereby authorizing it. Detective Bartholomew forwarded this warrant to NCIC, so that it could be placed into their computer program as active.

On July 19, 2022, Detective Bartholomew authored an arrest warrant for Armando Jacob Williams (B/M, DOB: 03/23/2001), charging him with one count of RS14:71.1 Bank Fraud, one count of RS14:67.16 C(1) Identity Theft $1000 or more, and one count of RS14:67 B(3) Theft $1000-4999. Detective Bartholomew forwarded this warrant and its supporting affidavit to the Honorable Commissioner Paul Schneider of the 24th Judicial District Court via the CloudGavel computer program. Commissioner Schneider endorsed this warrant with his digital signature thereby authorizing it. Detective Bartholomew forwarded this warrant to NCIC, so that it could be placed into their computer program as active.
Detective Bartholomew logged the USB, printed receipts, and copies of the disputed transactions charged back to the business into Economic Crimes Evidence Book #9 on page #60.

Detective Bartholomew is suspending this case pending the arrests of Randal Reid, Ashton Johnson, Armando Williams, and the identification of the fourth suspect.

F-21850-22