# JEFFERSON PARISH SHERIFF'S OFFICE
# CRIMINAL INVESTIGATIONS BUREAU
## Economic Crimes Section



### INCIDENT NOTIFICATION

| | |
|---|---|
| **To:** | Deputy Chief Dax Russo |
| **From:** | Detective Andrew Bartholomew<br>Economic Crimes Section |
| **Current Date:** | 07/20/2022 |
| **Incident:** | |
| **Item #:** | F-21850-22 |
| **Signal(s):** | RS 14:67/14:71.1 |
| **Date and Time of Offense:** | 06/22/22-06/23/22 |
| **Location of occurrence:** | 2019 Metairie Rd.<br>Metairie |
| **Rep Area:** | 1313 |
| **Victim(s):** | Second Act<br>2019 Metairie Rd. |
| **Property Stolen:** | Black Chanel purse- $5,241.60<br>Brown Louis Vuitton purse- $3,057.60<br>Red Chanel purse- $4,586.40 |
| **Suspect(s):** | Randal Quran Reid (B/M, DOB: 02/09/1994)<br>5094 Panola Mill Dr., Lithonia, GA<br><br>Ashton Malik Johnson (B/M, DOB: 02/22/1999)<br>4419 Werner Dr., New Orleans, LA<br><br>Armando Jacob Williams (B/M, DOB: 03/23/2001)<br>3339 Bruxelles St., New Orleans, LA<br><br>(1) Unknown Black Male |

This is not a report but notification based on general information which may be incomplete and subject to change as the result of the investigation and analysis of evidence continues.

**PLAINTIFF'S EXHIBIT 11**

1

**Case Detective:**                Detective Andrew Bartholomew
                                   Economic Crimes Section

**Narrative:**

On July 6, 2022, Detective Bartholomew of the Criminal Investigations Bureau-Economic Crimes Section was assigned the follow-up investigation of a theft.

On June 30, 2022, the victim and storeowner of Second Act consignment store (2019 Metairie Rd.), Pamela Baldassaro, reported that on June 22, 2022, at approximately 1630 hours, two unknown black males entered her store and selected a black Chanel purse for $5,241.60 and a brown Louis Vuitton purse for $3,057.60. These items were purchased by one of the suspects manually entering a MasterCard number ending in 6002. On June 23, 2022, at approximately 1650 hours, a different pair of two unknown black males entered her store and purchased a red Chanel purse for $4,586.40. This item was also purchased by one of the suspects manually entering a MasterCard number ending in 6002. These charges were later disputed and Second Act suffered a monetary loss.

Detective Andrew Bartholomew was assigned the investigation. Detective Bartholomew reviewed the surveillance video and was able to utilize still photographs from the video to identify three of the four suspects. These subjects were positively identified as Ashton Malik Johnson (B/M, DOB: 02/22/1999), Randal Quran Reid (B/M, DOB: 02/09/1994), and Armando Jacob Williams (B/M, DOB: 03/23/2001). Detective Bartholomew obtained arrest warrants for these suspects and is continually attempting to identify the fourth suspect.

To date, these suspects have not been located, but Detective Bartholomew will seek assistance with locating them from the law enforcement agencies where the suspects reside.

This is not a report but notification based on general information which may be incomplete and subject to change as the result of the investigation and analysis of evidence continues.