# RECALLED WARRANT

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CASE NUMBER:        WARRANT NUMBER:
F-21850-22

## Request for Recall of Arrest Warrant

Date: 01/04/2023

Suspect Name:
ARMANDO JACOB WILLIAMS
BLACK/AFRICAN AMERICAN, MALE
3339 Bruxelles St, New Orleans Louisiana 70122

Charge(s):

1 Count of 14:71.1--BANK FRAUD-- (Felony)
1 Count of 14:67.16 C(1-3)--Identity Theft (Felony)-- (Felony)
1 Count of 14:67 B3--Theft $1000 but less than $5000 (Felony)-- (Felony)

    I, Detective Andrew R Bartholomew, am respectfully requesting that the ARREST WARRANT issued for ARMANDO JACOB WILLIAMS be recalled for the following reason(s):

Further Investigation

| Respectfully submitted, | Given under my official signature, this 04 day of Jan, 2023 at 01:04 PM. |
|---|---|
| *Andrew Bartholomew* | *Paul Schneider* |
| Detective Andrew R Bartholomew | Judge Paul Schneider |
| Jefferson Parish Sheriff's Office | 24TH JUDICIAL DISTRICT COURT |
| | PARISH OF JEFFERSON |
| | STATE OF LOUISIANA |

Case Number: F-21850-22     Warrant Number:     Approved on: Jul, 19, 2022 at 04:19 PM



PLAINTIFF'S EXHIBIT 16

# RECALLED WARRANT

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**ITEM NUMBER:** F-21850-22

**WARRANT NUMBER:**

## ARREST WARRANT

STATE OF LOUISIANA
VERSUS
ARMANDO JACOB WILLIAMS - BLACK/AFRICAN AMERICAN/MALE
3339 Bruxelles St New Orleans, Louisiana 70122
DOB: 03/23/2001
DL/ID #:
Height:
Eye Color: Brown
D/M:

SSN: 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
Weight: 130
Hair Color: Black

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Detective Andrew R Bartholomew, with the Jefferson Parish Sheriff's Office, charging one Armando Jacob Williams with:

1 Count(s) of 14:71.1-- BANK FRAUD-- (Felony)
1 Count(s) of 14:67.16 C(1-3)-- Identity Theft (Felony)-- (Felony)
1 Count(s) of 14:67 B3-- Theft $1000 but less than $5000 (Felony)-- (Felony)

Committed on or about the date(s) of 06-23-2022.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 19 day of Jul, 2022 at 04:19 PM.

*[signature: Paul Schneider]*

Judge Paul Schneider
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

Case Number: F-21850-22      Warrant Number:      Approved on: Jul, 19, 2022 at 04:19 PM