

**Clearview Ai**
**15 West 72nd St. - 23rd Fl**
**New York, NY 10023**
**Tax ID: 82-2397610**

# Invoice

September 19, 2019

TO:  Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, La. 70058

## For Clearview License Subscription for up to 40 Users:
### Term of September 1, 2019 – September 30, 2020

- Unlimited Use of CV's Proprietary Research System for its Licensed Users.
- Unlimited Access to CV's Proprietary Image Database for its Licensed Users.
- Each Licensed User Account Includes iPhone and Android CV Application
- Each Licensed User Account Includes Lap/Desktop Versions of CV Program
- Help-Desk Support

Total Due: $25,000
Please make check payable and deliver to :
Clearview Ai
Attention: Richard Schwartz
15 West 72nd St. - 23rd Fl
New York, NY 10023
Tax ID: 82-2397610

1 | P a g e

Questions/Information Contact:
Jessica Medeiros Garrison | 205.568.4371 | jessica@clearview.ai



PLAINTIFF'S EXHIBIT 20