## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **RANDAL QURAN REID**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ANDREW BARTHOLOMEW**, in his )<br>Individual Capacity as a Deputy of the )<br>Jefferson Parish Sheriff's Office, and )<br>**JOSEPH P. LOPINTO III**, in his )<br>Individual and Official Capacity )<br>as Sheriff of the Jefferson Parish )<br>Sheriff's Office, )<br>)<br>Defendants. )<br>)<br>) | **CIVIL ACTION FILE NO:**<br>**1:23-cv-04035-JPB**<br><br><br>*Jury Trial Demanded* |

## NOTICE OF FILING EXHIBIT #19

**NOW COMES** Plaintiff, RANDAL QURAN REID, and hereby files Exhibit #19.

Respectfully submitted this 13th day of September, 2023.

THE COCHRAN FIRM – ATLANTA

<u>/s/ Samuel L. Starks</u>
Shean D. Williams, Esq.
Georgia Bar No. 764139
Samuel L. Starks, Esq.
Georgia Bar No. 676515
Gary Andrews, Esq.
Georgia Bar No. 019299
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
gandrews@cochranfirmatl.com
*Attorneys for the Plaintiff*

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
gandrews@cochranfirmatl.com