# RECALLED WARRANT

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

CASE NUMBER:   WARRANT NUMBER:
F-21850-22

## Request for Recall of Arrest Warrant
Date: 01/04/2023

Suspect Name:
ASHTON MALIK JOHNSON
BLACK/AFRICAN AMERICAN, MALE
4419 Werner Dr.,New Orleans Louisiana 70126

Charge(s):

10 Count of 14:71.1--BANK FRAUD-- (Felony)
10 Count of 14:67.16 C(1-3)--Identity Theft (Felony)-- (Felony)
1 Count of 14:67 B2--Theft $5000 but less than $25k (Felony)-- (Felony)

    I, Detective Andrew R Bartholomew, am respectfully requesting that the ARREST WARRANT issued for ASHTON MALIK JOHNSON be recalled for the following reason(s):

Further investigation

Respectfully submitted,

*[signature: Andrew Bartholomew]*

Detective Andrew R Bartholomew
Jefferson Parish Sheriff's Office

Given under my official signature, this 04 day of Jan, 2023 at 01:04 PM.

*[signature: Paul Schneider]*

Judge Paul Schneider
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA



PLAINTIFF'S EXHIBIT 19

Case Number: F-21850-22    Warrant Number:    Approved on: Jul, 18, 2022 at 04:29 PM

<div style="color:red; text-align:center;">**RECALLED WARRANT**</div>

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**ITEM NUMBER:**  
**F-21850-22**

**WARRANT NUMBER:**

### ARREST WARRANT

STATE OF LOUISIANA  
VERSUS  
ASHTON MALIK JOHNSON - BLACK/AFRICAN AMERICAN/MALE  
4419 Werner Dr. New Orleans, Louisiana 70126  
DOB: 02/22/1999  
DL/ID #:                                SSN: 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  
Height:                                 Weight: 124  
Eye Color: Brown                        Hair Color: Black  
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Detective Andrew R Bartholomew, with the Jefferson Parish Sheriff's Office, charging one Ashton Malik Johnson with:

10 Count(s) of 14:71.1-- BANK FRAUD-- (Felony)  
10 Count(s) of 14:67.16 C(1-3)-- Identity Theft (Felony)-- (Felony)  
1 Count(s) of 14:67 B2-- Theft $5000 but less than $25k (Felony)-- (Felony)

Committed on or about the date(s) of 06-22-2022.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 18 day of Jul, 2022 at 04:29 PM.

*Paul Schneider*  
Judge Paul Schneider  
24TH JUDICIAL DISTRICT COURT  
PARISH OF JEFFERSON  
STATE OF LOUISIANA

**Case Number**: F-21850-22    **Warrant Number**:    Approved on: Jul, 18, 2022 at 04:29 PM