AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Joseph P. Lopinto III

was received by me on *(date)*  9-14-23  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Michelle Judicial Supervisor, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Joseph Lopinto III  on *(date)*  9-14-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  9-19-23

_____
Server's signature

Darren J. Harper   Process Server
Printed name and title

100 Peachtree St. NW #2600
Atlanta, Georgia 30303
Server's address

Additional information regarding attempted service, etc: