AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Andre Bartholomew_

was received by me on *(date)* _9-14-23_ .

☑ I personally served the summons on the individual at *(place)* _3205 Decomine Dr._
_Chalmette LA_ on *(date)* _9-20-23_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _9-21-23_

_Darren Harper_
Server's signature

_Darren J. Harper   Process Server_
Printed name and title

_100 Peachtree St.   NW #2600_
_Atlanta, Georgia 30303_
Server's address

Additional information regarding attempted service, etc: