UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDAL QURAN REID ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO: |
| ) | 1:23-CV-04035-JPB |
| ANDREW BARTHOLOMEW, et. al ) | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION

COMES NOW, Defendants, Sheriff Parish Sheriff Joseph P. Lopinto, III, individually and in his official capacity as the Sheriff of Jefferson Parish, Louisiana, and Jefferson Parish Sheriff's Office Deputy Andrew Bartholomew, in his individual capacity as a Deputy with the Jefferson Parish, Louisiana, Sheriff's Office, by and through this undersigned counsel, respectfully move to dismiss Plaintiff's case pursuant to Fed. R. Civ. P. 12(B)(2). The Defendants respectfully submit that this Court lacks personal jurisdiction over the Defendants.

**WHEREFORE**, Defendants pray that, after due proceedings are had, this Motion be granted, dismissing Plaintiff's claims.

[SIGNATURE ON FOLLOWING PAGE]

1

This 17th day of October, 2023.

                              LAVENDER HOFFMAN, LLC

                              */s/ Thomas E. Lavender III*
                              Thomas E. Lavender III
                              Georgia Bar No.: 439389
                              945 East Paces Ferry Road, NE.
                              Suite 2000
                              Atlanta, Georgia 30326
                              Phone/Fax 404.400.4500
                              Direct Phone/Fax 404.600.1374
                              ted.lavender@lhalawyers.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDAL QURAN REID | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO: |
| | ) 1:23-CV-04035-JPB |
| ANDREW BARTHOLOMEW, et. al | ) |

### CERTIFICATE OF SERVICE

This will certify that the undersigned has this day served a true and correct copy of the foregoing MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION upon all counsel of record via the Court's CM/ECF electronic filing system as follows:

>Gary Bernard Andrews
>Sameul L. Starks
>Shean DeCarlos Williams
>THE COCHRAN FIRM
>100 Peachtree Street SW
>Atlanta, GA 30303
>gandrews@cochranfirmatl.com
>sstarks@cochranfirmatl.com
>swilliams@cochranfirmatl.com

[SIGNATURE ON FOLLOWING PAGE]

This 17th day of October, 2023.

        LAVENDER HOFFMAN, LLC

        */s/ Thomas E. Lavender III*_____
        Thomas E. Lavender III
        Georgia Bar No.: 439389
        945 East Paces Ferry Road, NE.
        Suite 2000
        Atlanta, Georgia 30326
        Phone/Fax 404.400.4500
        Direct Phone/Fax 404.600.1374
        ted.lavender@lhalawyers.com