# MARTINY & ASSOCIATES, LLC
ATTORNEYS & COUNSELORS AT LAW
131 AIRLINE DRIVE • SUITE 201 • METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 834-7676
FACSIMILE: (504) 834-5409

DANIEL R. MARTINY
danny@martinylaw.com

JEFFREY D. MARTINY
jeff@martinylaw.com

October 5, 2023

**Via e-mail: gandrews@cochranfirmatl.com**
Gary Andrews, Esq.

RE: Randal Quran Reid v. Andrew Bartholomew, et al
USDC-Northern District of Georgia No. 23-99999

Dear Mr. Andrews:

It was a pleasure speaking with you on October 2, 2023. Please allow this letter to confirm our conversation of October 2, 2023 wherein you reduced your demand to            and I, on behalf of the Jefferson Parish Sheriff's Office defendants, countered with            As I mentioned then, the           represents           per day for the six days that your client was incarcerated.

You informed me during the above-referenced call that you would pass our most generous offer to your client and get back to me. To date, I have not heard back from you. Please advise.

The following case citations illustrate why the federal court in Georgia does not have jurisdiction over any of the JPSO defendants.

Case cites:
21 F.4th 314,317 (5th Cir. 2021)
217 F.3d 467,470 (5th Cir. 2022)
2012 WL 293486 at 4 (S.D. Miss 1/31/2012)
08-CV-4086 2009 WL 3152129 at 3 (E.D. Pa. 9/30/2009)
2008 WL 4791647 (E.D. Pa. 11/3/2008)
316 F.Supp.2d 393,400 (E.D. La. 2004)

I have been instructed by my clients to file a Motion to Dismiss on October 12, 2023 if this matter has not settled by October 11, 2023.

Please call to discuss.

Sincerely,

Franz L. Zibilich
Of Counsel

FLZ/jb


PLAINTIFF'S EXHIBIT
I