## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RANDAL QURAN REID | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO: |
| | ) 1:23-CV-04035-JPB |
| ANDREW BARTHOLOMEW, et. al | ) |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OR, alternatively, TO FILE DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION OUT OF TIME

COMES NOW, through undersigned counsel, Defendants, Sheriff Parish Sheriff Joseph P. Lopinto, III, individually and in his official capacity as the Sheriff of Jefferson Parish, Louisiana, and Jefferson Parish Sheriff's Office Deputy Andrew Bartholomew, in his individual capacity as a Deputy with the Jefferson Parish, Louisiana, Sheriff's Office, who respectfully move this Honorable Court for an extension of time to file their responsive pleading.  Alternatively, Defendants move this Honorable Court for leave of Court to file their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) out of time.  The Defendants respectfully submit that good cause exists for the granting of this Motion as further elucidated in the attached memorandum.

**WHEREFORE**, Defendants pray that this Motion be granted and that Defendants' be permitted to file their Motion to Dismiss.

1

This 16th day of November 2023.

        LAVENDER HOFFMAN, LLC

        <u>*/s/ Thomas E. Lavender III*</u>
        Thomas E. Lavender III
        Georgia Bar No.: 439389
        945 East Paces Ferry Road, NE.
        Suite 2000
        Atlanta, Georgia 30326
        Phone/Fax 404.400.4500
        Direct Phone/Fax 404.600.1374
        ted.lavender@lhalawyers.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDAL QURAN REID | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO: |
| | ) 1:23-CV-04035-JPB |
| ANDREW BARTHOLOMEW, et. al | ) |

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1(C) of the Northern District of Georgia, using 14-point Times New Romans font, as approved by the Court.

This 16th day of November, 2023.

LAVENDER HOFFMAN, LLC

/s/ *Thomas E. Lavender III*_____
Thomas E. Lavender III
Georgia Bar No.: 439389
945 East Paces Ferry Road, NE.
Suite 2000
Atlanta, Georgia 30326
Phone/Fax 404.400.4500
Direct Phone/Fax 404.600.1374
ted.lavender@lhalawyers.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDAL QURAN REID | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO: |
| | ) 1:23-CV-04035-JPB |
| ANDREW BARTHOLOMEW, et. al | ) |

**CERTIFICATE OF SERVICE**

This will certify that the undersigned has this day served a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OR, alternatively, TO FILE DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION OUT OF TIME** upon all counsel of record via the Court's CM/ECF electronic filing system as follows:

>Gary Bernard Andrews
>Samuel L. Starks
>Shean DeCarlos Williams
>THE COCHRAN FIRM
>100 Peachtree Street SW
>Atlanta, GA 30303
>gandrews@cochranfirmatl.com
>sstarks@cochranfirmatl.com
>swilliams@cochranfirmatl.com

[SIGNATURE ON FOLLOWING PAGE]

This 16th day of November, 2023.

                    LAVENDER HOFFMAN, LLC

                    */s/ Thomas E. Lavender III*_____
                    Thomas E. Lavender III
                    Georgia Bar No.: 439389
                    945 East Paces Ferry Road, NE.
                    Suite 2000
                    Atlanta, Georgia 30326
                    Phone/Fax 404.400.4500
                    Direct Phone/Fax 404.600.1374
                    ted.lavender@lhalawyers.com