IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RANDAL QURAN REID**, | ) |
| | ) |
| Plaintiff, | )  CIVIL ACTION FILE NO: |
| | ) |
| v. | )  1:23-CV-04035-JPB |
| | ) |
| **ANDREW BARTHOLOMEW**, in his Individual Capacity as a Deputy of the Jefferson Parish Sheriff's Office, and **JOSEPH P. LOPINTO III**, in his Individual and Official Capacity as Sheriff of the Jefferson Parish Sheriff's Office, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OR, ALTERNATIVELY, TO FILE DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION OUT OF TIME**

**NOW COMES** Plaintiff, RANDAL QURAN REID, and hereby responds to Defendants' motion pursuant to Fed. R. Civ. P. 12 for leave to file out of time a motion to dismiss for personal jurisdiction, or alternatively a pleading responsive to Plaintiff's complaint, and show the Court the following:

**PROCEDURAL HISTORY**

There are motions currently pending before this Court that relate to the relief requested by Defendants in their motion for leave to file a responsive pleading out

of time. Defendants have already filed a motion to dismiss based on personal jurisdiction, (Doc. #8), for which Plaintiff has filed a written opposition. (Doc. #9). In addition, Plaintiff has filed a motion for default, (Doc. #10), for which Defendants have filed an opposition, (Doc. #11), and Plaintiff has filed a reply. (Doc. #12).

## THERE IS NO GOOD CAUSE FOR AN EXTENSION OF TIME

As it relates to whether Defendants have sufficiently shown "good cause" for an extension of time to file a responsive pleading pursuant to Rule 12(B), Plaintiff incorporates within this response to Defendants' motion for an extension of time, the factual and legal arguments made by the Plaintiff in the above-referenced pleadings filed by Plaintiff. Furthermore, the delay by Defendants in requesting an extension of time violates this Court's Standing Order, (Doc. #6), which states that "[m]otions for extension, whether joint, unopposed or designated as consent, will not be granted as a matter of course" and "must be filed before the expiration of the applicable deadline to be extended, or they will not be considered by the Court." (Doc. #6, Page 11).

## CONCLUSION

For the foregoing reasons, and because Defendants have not shown "good cause" to justify and support the relief requested, Defendants' motion for an extension of time should be DENIED.

Respectfully submitted this 29th day of November, 2023.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

This 29th day of November, 2023.

                                                                   The Cochran Firm – Atlanta

                                                                   /s/ Sam L. Starks
Shean D. Williams, Esq.
Georgia Bar No. 764139
Gary B. Andrews, Esq.
Georgia Bar No. 019299
Sam L. Starks, Esq.
Georgia Bar No. 676515
100 Peachtree Street, NW, Suite 2600
Atlanta, Georgia 30303
Tel: (404) 222-9922
Fax: (404) 222-0170

## CERTIFICATE OF SERVICE

This is to certify that on November 29, 2023. I electronically filed **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OR, ALTERNATIVELY, TO FILE DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION OUT OF TIME** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Thomas E. Lavender III
>Lavender Hoffman, LLC
>945 East Paces Ferry Road, NE
>Suite 2000
>Atlanta, Georgia 30326
>ted.lavender@lhalawyers.com

This 29th day of November, 2023.

>The Cochran Firm – Atlanta
>
>/s/ Sam L. Starks
>Sam L. Starks, Esq.
>100 Peachtree Street, NW, Suite 2600
>Atlanta, Georgia 30303
>Tel: (404) 222-9922
>Fax: (404) 222-0170