**From:** Franz Zibilich <fzibilich@gmail.com>
**Sent:** Tuesday, October 29, 2024 1:46 PM
**To:** Sam Starks <sstarks@cochranfirmatl.com>
**Subject:** Re: Standing Order - Judge Boulee - Ried v. Bartholomew

Sam,

I am in receipt of your email dated 10/21/24 regarding the above referenced matter.

I simply do not understand proceeding with discovery/depositions when the court has not ruled on whether the court has jurisdiction over the case. As such, I cannot agree to schedule depositions at this time.

Thanks,

Franz

On Sun, Oct 27, 2024 at 8:43 PM Sam Starks <sstarks@cochranfirmatl.com> wrote:

Counselors, we are following up on a prior email requesting depositions, a previous phone discussion with Franz, and the email below sent to Franz. Please advise whether it is Defendants' position that no depositions or discovery should be conducted in this case until after the Court has ruled on the motion to dismiss regarding jurisdiction. The Plaintiff's position is that per the Judge's Scheduling Order, the Court expects the Parties to begin and complete discovery per the deadline set in the Court's order, and did not intend to stay discovery pending the motion on jurisdiction. If Defendants disagree, or fail to respond to this email, we intend to seek clarification from the Court by making the Court aware of this discovery dispute, per the Court's standing order at Page 25. Please advise of your position. Thanks.

**From:** Sam Starks
**Sent:** Monday, October 21, 2024 10:34 PM
**To:** Franz Zibilich <fzibilich@gmail.com>
**Cc:** Gary Andrews <GAndrews@cochranfirmatl.com>
**Subject:** Scheduling Order - Reid v. Bartholomew

Franz, this is the scheduling order that I was referencing during our earlier call today. I read this order to instruct the Parties to proceed with discovery. If you disagree, and think the Court wants the Parties to wait for a ruling on jurisdiction motion, I suggest we send a joint email to the Court's law clerk for clarification. Please advise of your thoughts. Thanks.


PLAINTIFF'S EXHIBIT 1